# UNITED STATES BANKRUPTCY COURT
## Western District of Michigan

In re:  **Desiree A Thompson**
         **David R Thompson**
                                                ,

Debtor(s).

                                                /

Case No. 17-01152
Chapter 13
Hon. John T. Gregg
Filed: **3/14/17**

## THIRD POST-CONFIRMATION AMENDED CHAPTER 13 PLAN

### III. <u>DISBURSEMENTS</u>

E.  <u>DIRECT PAYMENT BY THE DEBTOR(S) OF THE FOLLOWING DEBTS.</u>  All claims shall be paid by the Trustee unless listed herein:

| Creditor, Address & Account No. | Collateral/Obligation | Balance Owing | Interest Rate |
|---|---|---|---|
| Loancare Inc.<br>3637 Sentara Way 303<br>Virginia Beach, VA | 7940 Bush Dr. NE, Rockford MI 49341 | $190,000 | |
| United States Dept. of Education<br>PO Box 530229<br>Atlanta, GA 30353-0229<br>X0075 | Student Loan Obligation | $46,972.10 | Variable |
| United States Dept. of Education<br>c/o FedLoan Servicing<br>PO Box 530210<br>Atlanta, GA 30353-0210<br>X6087 | Student Loan Obligation | $94,031.80 | Variable |

F.  <u>UNSECURED CREDITORS.</u>

<u>General Unsecured Creditors:</u> Claims in this class are paid from funds available after payment to all other classes.  The allowed claims of general unsecured creditors will be satisfied by:

☒ Payment of a dividend of 100%, plus present value of _% interest, if necessary to satisfy 11 U.S.C. § 1325(a)(4), **OR**

☐ Payment of a pro-rata share of a fixed amount of $**100.00** or payment from all disposable income to be received by the Debtor(s) in the ACP, whichever pays more.  This fixed amount shall be reduced by additional administrative expenses including attorney fees approved under 11 U.S.C. § 330(a).  However, this fixed amount shall not be reduced below the liquidation value specified in paragraph I.B.

### THIS PLAN REMAINS UNCHANGED IN ALL RESPECTS
### NOT IN CONFLICT WITH THESE AMENDMENTS

Date:  **September 11, 2020**                    **/s/ Desiree A Thompson**
                                                  **Desiree A Thompson**          , Debtor

Date:  **September 11, 2020**                    **/s/ David R Thompson**
                                                  **David R Thompson**            , Debtor

Date:  **September 11, 2020**                    **/s/ Jeffrey D. Mapes**
                                                  **Jeffrey D. Mapes P70509**     , Counsel for the Debtor(s)

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy